McGREGOR W. SCOTT
United States Attorney
SAMANTHA S. SPANGLER
Assistant U.S. Attorney
555 Capitol Mall, Suite 1550
Sacramento, California 95814
Telephone: (916) 554-2792

FILED

MAY 30 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 06-SW-0078 DAD |
| | ) | 06-SW-0081 DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER UNSEALING DOCUMENTS |
| | ) | |
| SUSAN MICHELLE PRUETT, and KENNETH RICHARD PRUETT, | ) | |
| | ) | |
| Defendants. | ) | |

Good cause appearing therefor, it is hereby ordered that the April 6 and 7, 2006, search warrants, affidavits in support, and all related documents in Case Nos. 06-SW-0078 DAD and 06-SW-0081 DAD shall be unsealed.

DATED: May 30, 2006

_____
DALE A. DROZD
United States Magistrate Judge